JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:  (619) 234-2842
Telefax:    (619) 234-1716

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual<br>          Plaintiff,<br><br>    -v-<br><br><br>JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>          Defendants. | Case No. C073305 SI<br>Hon. Susan Illston, presiding<br>Crtrm 10<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL PARTIES HEREIN:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

*Case No. C073305 SI*

1. **Lee Diamond-Phillips.** Lee is the spouse of the defendant John Diamond and is a partner in the business entity known as Diamond Phillips, Inc., also a defendant in this action. Mrs. and Mrs. Diamond run the business together. Accordingly, Mrs. Diamond has a financial interest in the outcome of the lawsuit in connection with both named defendants.

2. **Contractor's Windows & Supply, Inc.,** 9875 South 500 West, Sandy, Utah 84070. This supplier is the corporation through which windows and doors were allegedly ordered and purchased by the defendant using plaintiff's money. Because defendants herein allege that plaintiff owes money to this supplier for construction materials, the specifics of which are unknown to the plaintiff, the supplier has a potential financial interest in the outcome of this litigation.

Dated: July 12, 2007

_____
John W. Howard
Attorney for Plaintiff