JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:   (619) 234-2842
Telefax:      (619) 234-1716

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual<br><br>Plaintiff,<br><br>-v-<br><br><br><br>JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendants. | Case No. C073305 SI<br>Hon. Susan Illston, presiding<br>Crtrm 10<br><br><br><br><br>**PROOF OF SERVICE** |

    I am over the age of 18 years, employed in the county of San Diego; my business address is 625 Broadway, Suite 1206, San Diego, CA 92101.

    On July 17, 2007 I served the following document:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---
1
PROOF OF SERVICE

*Case No. C073305*

in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows and placing same in the U.S. mail, postage prepaid, to:

John Diamond                        (individually and on behalf of Diamond Phillips, Inc.)
66 North Wolcott Street
Salt Lake City, Utah 84103

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2007 at San Diego, California.

_____
Elisa Marino

---

2
PROOF OF SERVICE

Case No. C073305