# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

VAN PHILLIPS, an individual

V.

JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 3305 SI

TO: (Name and address of defendant) SEE ABOVE NAMED DEFENDANTS

ORIGINAL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUN 2 2 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN W. HOWARD<br>- SBN # 80200<br>625 BROADWAY  #1206<br>SAN DIEGO, CA  92101 | (619) 234-2842 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00232886-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
PHILLIPS vs. DIAMOND

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 3305 SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT;

Name: DIAMOND PHILLIPS, INCORPORATED, AN ILLINOIS CORPORATION

Date of Delivery: July 6, 2007    HDATE:
Time of Delivery: 03:55 pm

Place of Service: 944 EAST 200 SOUTHT.
SALT LAKE CITY, UT 84102              **(Residence)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 250.00

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . . . . . . . . . . . . . . County,
Number: . . . . . . . . . . . . . . . . . . . . .
Expiration Date:
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . . July 13, 2007 . . . . . . . .
at: . . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: CLIFFORD STOWERS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN W. HOWARD<br>- SBN # 80200<br>625 BROADWAY #1206<br>SAN DIEGO, CA 92101 | (619) 234-2842 | |
| | REFERENCE NUMBER<br>00232886-01 | |
| ATTORNEY FOR (NAME) | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
PHILLIPS vs. DIAMOND

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 3305 SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WELCOME TO THE U.S. DISTRICT COURT;

Name: JOHN D. DIAMOND

Date of Delivery: July 6, 2007   HDATE:
Time of Delivery: 03:55 pm

Place of Service: 944 EAST 200 SOUTH .
SALT LAKE CITY, UT 84102                    **(Residence)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 250.00

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . . . . . . . . . . . . . . County,
Number: . . . . . . . . . . . . . . . . . . . . . .
Expiration Date:
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . July 12, 2007 . . . . . . . .
at: . . . . . . . . . San Francisco . . . . , California.

Signature: _____
Name: CLIFFORD STOWERS