UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VAN PHILLIPS,

        Plaintiff(s),

  v.

JOHN D. DIAMOND, et al.

        Defendant(s).

No. C 07-03305 SI

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 19, 2007

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")