```
JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:   (619) 234-2842
Telefax:     (619) 234-1716

Attorneys for Plaintiff, Van Phillips
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual<br><br>Plaintiff,<br><br>-v-<br><br>JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>Defendants. | Case No. C073305 SI<br>Hon. Susan Illston, presiding<br>Crtrm 10<br><br>**PROOF OF SERVICE** |

I am over the age of 18 years, employed in the county of San Diego; my business address is 625 Broadway, Suite 1206, San Diego, CA 92101.

On July 20, 2007 I served the following document:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows and placing same in the U.S. mail, postage prepaid, to:

    John Diamond          (individually and on behalf of Diamond Phillips, Inc.)
    66 North Wolcott Street
    Salt Lake City, Utah 84103

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July 2007 at San Diego, California.

*signature: Elisa Marino*

Elisa Marino

---

2
PROOF OF SERVICE

*Case No. C073305*