UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VAN PHILLIPS

                Plaintiff(s),

v.

JOHN D. DIAMOND, DIAMOND
PHILLIPS, INCORPORATED, ET AL
                Defendant(s).

Case No. C 073305

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7-24-07

[Party] Van Phillips, Plaintiff

Dated: 8/1/07

[Counsel] John W. Howard, Attorney for Plaintiff