JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:    (619) 234-2842
Telefax:    (619) 234-1716

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual <br><br> Plaintiff, <br><br> -v- <br><br><br><br> JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE <br><br> Defendants. | ) Case No.  C073305 SI <br> ) Hon. Susan Illston, presiding <br> ) Crtrm 10 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **PROOF OF SERVICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I am over the age of 18 years, employed in the county of San Diego; my business address is 625 Broadway, Suite 1206, San Diego, CA 92101.

On August 2, 2007 I served the following document:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

1

2

3  in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows
   and placing same in the U.S. mail, postage prepaid, to:

4

5      John Diamond
       66 North Wolcott Street
6      Salt Lake City, Utah 84103

7      Daniel Torkelson
8      Cohne Rappaport & Segal
       257 East 200 South, Suite 700
9      Salt Lake City, UT 84111

10         I declare under penalty of perjury that the foregoing is true and correct.  Executed this
11  2nd day of August 2007 at San Diego, California.

12

13

14                                                          Elisa Marino

15

16

17

18

19

20

21

22

23

24

25

26

27                                                2
                                           PROOF OF SERVICE
28                                                                        Case No.  C073305