JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:    (619) 234-2842
Telefax:       (619) 234-1716

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual<br>        Plaintiff,<br><br>        -v-<br><br>JOHN D. DIAMOND, DIAMOND<br>PHILLIPS, INCORPORATED, an Illinois<br>Corporation, AND DOES 1 THROUGH<br>50, INCLUSIVE<br><br>        Defendants. | Case No. C073305 SI<br><br>**MOTION TO ENLARGE TIME FOR<br>CERTAIN COURT IMPOSED<br>DEADLINES AND CASE<br>MANAGEMENT CONFERENCE;<br>DECLARATION OF JOHN W.<br>HOWARD IN SUPPORT THEREOF;<br>PROPOSED ORDER** |

        Plaintiff Van Phillips hereby requests that the Court enlarge the time for certain court

imposed deadlines to enable to the parties sufficient time to explore informal settlement.  The

proposed new deadlines are set forth below, which extend the deadlines by approximately five

weeks from their currently scheduled time.

        This motion is made pursuant to Civil Local Rule 6-3 and is accompanied by the

1

MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE
MANAGEMENT CONFERENCE; DECLARATION OF JOHN W. HOWARD IN SUPPORT THEREOF

*Case No.  C073305*

Declaration of John W. Howard set forth below.

## DECLARATION OF JOHN W. HOWARD

I, John W. Howard declare as follows:

1. I am an attorney at law licensed to practice in the State of California and all federal courts in the State of California and am employed by J.W. Howard Attorneys, Ltd., attorneys for plaintiff, Van Phillips. I have personal knowledge of the following facts stated in this declaration. If called as a witness, I would and could competently testify to the following facts:

2.      This case was filed on June 22, 2007. Defendants were served with the summons and complaint on July 6, 2007. At that time, the Court scheduled certain deadlines as set forth in Exhibit "A." Exhibit "A" is a true and correct copy of this Court's Order Setting Initial Case Management Conference and ADR Deadlines. Currently, there are two deadline dates and the initial case management conference set for September 2007. The Court has not granted any time modifications prior to the instant request which is the first.

3.      Following service of the complaint, I have been communicating with the attorney for John Diamond and Diamond Phillips' attorney, Jeff Oritt. Since that time, we have discussed how to best resolve this case so as to avoid further litigation.

4.      I believe Mr. Oritt and I are making progress toward a solution to this case. Plaintiff's complaint contains claims for an accounting and unjust enrichment. Essentially, plaintiff seeks to determine whether defendants owe him money related to the purchase of doors and windows. Negotiations have so far resulted in the defendants providing some, if not

---

2

MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE
MANAGEMENT CONFERENCE; DECLARATION OF JOHN W. HOWARD IN SUPPORT THEREOF

*Case No.  C073305*

all, of the supporting documentation for those constructions materials which are vital to plaintiff's claims.

     5.      Due to the settlement negotiations, defendants have not answered the complaint and have not yet retained a California attorney who is admitted to practice in the Northern District. Attorney Jeff Oritt is licensed to practice in Utah only.

     6.      Mr. Oritt is in favor of postponing the court's current deadlines to enable to parties additional time to negotiate a resolution. However, he is unable to sign and submit a stipulation because he is not licensed to practice in California or in the Northern District Court.

     7.      Plaintiff proposes to change the following deadlines as set forth and described in detail in Exhibit "A".

| ***Current* Deadline Date /(Description)** | ***Proposed New* Deadline Date** |
|---|---|
| September 7, 2007 (Meet & Confer/ADR Form) | October 17, 2007 |
| September 21, 2007  (File Reports) | October 31, 2007 |
| September 28, 2007 (Initial Case Mngmt Conf.) | November 7, 2007 |

     8.      The effect of the requested time modification would only postpone the currently set deadlines by approximately five weeks, which would not have a significant affect on the schedule for the case.

///

///

---

3

MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE
MANAGEMENT CONFERENCE; DECLARATION OF JOHN W. HOWARD IN SUPPORT THEREOF

*Case No. C073305*

9.      If the Court is unable to grant the enlargement of time as proposed above, the parties will be harmed in that their informal settlement negotiations will be severely undermined.  The incentive to settle is to settle the dispute before incurring the attorney's fees necessary to comply with the court's imposed deadlines and FRCP Rule 26 requirements.

10.  The plaintiff is defendant John Diamond's brother in law and the family dynamic is implicated in the current negotiations.  It is important that those negotiations be given the latitude to succeed.  That is why we are requesting that this Court grant the instant motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 5th day of September 2007 at San Diego, California.

John W. Howard

MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE; DECLARATION OF JOHN W. HOWARD IN SUPPORT THEREOF

Case No.  C073305