1

2

3

4

5

6

7

8                    **UNITED STATED DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11   VAN PHILLIPS,                              CASE NO.:    C073305-SI

12            Plaintiff

13   v.                                         **[PROPOSED] ORDER ON ORDER ON
                                                MOTION TO ENLARGE TIME FOR**
14   JOHN DIAMOND, DIAMOND PHILLIPS,            **CERTAIN COURT IMPOSED**
     INCORPORTED an Illinois Corporation, AND   **DEADLINES AND CASE**
15   DOES 1 THROUGH 50 INCLUSIVE                **MANAGEMENT CONFERENCE**

16

17

18
             Defendants
19
     _____/
20

21
          IT IS HEREBY ORDERED that the Court will modify the deadlines and case management
22
     conference schedule as set forth below:
23

24

25

26

27                    ORDER ON ORDER ON MOTION TO ENLARGE TIME FOR CERTAIN COURT
                      IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE
28                                                       CASE NO.:        C073305-SI

| **Previous Deadline Date /(Description)** | ***New* Deadline Date** |
|---|---|
| September 7, 2007 (Meet & Confer/ADR Form) | October 17, 2007 |
| September 21, 2007  (File Reports) | October 31, 2007 |
| September 28, 2007 (Initial Case Mngmt Conf.) | November 7, 2007 |

IT IS SO ORDERED

Dated:_____

_____
UNITED STATES MAGISTRATE JUDGE

ORDER ON ORDER ON MOTION TO ENLARGE TIME FOR CERTAIN COURT
IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE
CASE NO.:    C073305-SI