

JOHN W. HOWARD, State Bar No. 80200
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101

Telephone:    (619) 234-2842
Telefax:       (619) 234-1716

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual | ) Case No.  C073305 SI |
| | ) Hon. Susan Illston, presiding |
| Plaintiff, | ) Crtrm 10 |
| | ) |
| -v- | ) |
| | ) |
| | ) |
| | ) |
| | ) **PROOF OF SERVICE** |
| JOHN D. DIAMOND, DIAMOND | ) |
| PHILLIPS, INCORPORATED,  an Illinois | ) |
| Corporation, AND DOES 1 THROUGH | ) |
| 50, INCLUSIVE | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

I am over the age of 18 years, employed in the county of San Diego; my business address is 625 Broadway, Suite 1206, San Diego, CA 92101.

On September 5, 2007 I served the following document:

**MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE; DECLARATION OF JOHN W. HOWARD IN SUPPORT THEREOF; PROPOSED ORDER**

1

2

3  in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows

4  and placing same in the U.S. mail, postage prepaid, to:

5

6  John Diamond
   66 North Wolcott Street

7  Salt Lake City, Utah 84103

8  Daniel Torkelson
   Jeff Oritt

9  Cohne Rappaport & Segal
   257 East 200 South, Suite 700

10 Salt Lake City, UT 84111

11     I declare under penalty of perjury that the foregoing is true and correct.  Executed this

12 5th day of September 2007 at San Diego, California.

13

14

15                                      __/s/ Elisa Marino_____
                                          Elisa Marino

16

17

18

19

20

21

22

23

24

25

26