|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **UNITED STATED DISTRICT COURT** | |
| 9 | **NORTHERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | VAN PHILLIPS, | CASE NO.:   C073305-SI |
| 12 | Plaintiff | |
| 13 | v. | **[PROPOSED] ORDER ON ORDER ON MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE** |
| 14 | JOHN DIAMOND, DIAMOND PHILLIPS, INCORPORATED an Illinois Corporation, AND DOES 1 THROUGH 50 INCLUSIVE | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants | |
| 19 | _____/ | |
| 20 | | |

IT IS HEREBY ORDERED that the Court will modify the deadlines and case management conference schedule as set forth below:

ORDER ON ORDER ON MOTION TO ENLARGE TIME FOR CERTAIN COURT
IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE
CASE NO.:   C073305-SI

| Previous Deadline Date /(Description) | *New* Deadline Date |
|---|---|
| September 7, 2007 (Meet & Confer/ADR Form) | October 17, 2007 |
| September 21, 2007 (File Reports) | October 31, 2007 |
| September 28, 2007 (Initial Case Mngmt Conf.) | November ~~7~~ 9, 2007 at 2 p.m. |

IT IS SO ORDERED

Dated:_____

_____
UNITED STATES MA~~GISTRATE~~ JUDGE

ORDER ON ORDER ON MOTION TO ENLARGE TIME FOR CERTAIN COURT IMPOSED DEADLINES AND CASE MANAGEMENT CONFERENCE
CASE NO.:     C073305-SI