UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Van Phillips

                Plaintiff(s),

v.

John D. Diamond, Diamond Phillips, Incorporated, and Does 1 through 50,
                Defendant(s).
_____/

Case No. C073305SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 15 Oct 2007

Dated: 15 Oct. 2007.

Dated: Oct 15 2007

Diamond Phillips, Incorporated, an Illinois corporation

By: _____
John D. Diamond, President

_____
John D. Diamond

_____
Jeffrey H. Belote, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that Defendants JOHN D. DIAMOND'S and DIAMOND PHILLIPS, INC.'S ADR Certification by Parties and Counsel was served electronically on October 15, 2007, on the individuals on the attached Service List.

_____
Kelli R. Bremer

CBM-SF\SF379561.1

CERTIFICATE OF SERVICE - CASE NO. C073305 SI

*Phillips v. Diamond, et al.*
USDC-Northern District, San Francisco Division, Action No. C073305 SI

### SERVICE LIST

| | |
|---|---|
| John W. Howard<br>JW Howard Attorneys, Ltd.<br>625 Broadway, Suite 1206<br>San Diego, CA 92101<br>(619) 234-2842<br>**Fax (619) 234-1716**<br>Email:   johnh@jwhowardattorneys.com | Attorneys for Plaintiff/Cross-Defendant Van L. Phillips |

CBM-SF\SF379564.1

SERVICE LIST; CASE NO. C073305 SI