Jeffrey H. Belote, No. 104218
Oriet Cohen-Supple, No. 206781
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:         jbelote@cbmlaw.com
                    ocohen@cbmlaw.com

Attorneys for Defendants
JOHN D. DIAMOND; and DIAMOND PHILLIPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VAN PHILLIPS,<br><br>           Plaintiff,<br><br>    v.<br><br>JOHN D. DIAMOND; DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>           Defendants. | No. C073305 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed: June 22, 2007<br>Trial Date:          None set |

TO THE COURT AND ALL PARTIES HEREIN:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

1. Lee Diamond-Phillips, 944 East 200 South, Salt Lake City, Utah 84102. Lee is the spouse of defendant John Diamond and is a partner in the business entity known as Diamond Phillips, Inc., also a defendant in this action. Mr. and Mrs. Diamond run the business together. Accordingly, Mrs. Diamond has a financial interest in the outcome of the lawsuit in connection with both named defendants.

2. Contractor's Windows & Supply, Inc., 9875 South 500 West, Sandy, Utah 84070. This supplier is the corporation through which windows and doors were allegedly ordered and purchased by the defendant using plaintiff's money. Because defendants herein allege that plaintiff owes money to this supplier for construction materials, the specifics of which are unknown to the plaintiff, the supplier has a potential financial interest in the outcome of this litigation.

Dated: October 15, 2007

CARROLL, BURDICK & McDONOUGH LLP

By _____
Jeffrey H. Belote
Attorneys for Defendants
JOHN D. DIAMOND; and DIAMOND PHILLIPS, INC.

### CERTIFICATE OF SERVICE

I hereby certify that Defendants JOHN D. DIAMOND'S and DIAMOND PHILLIPS, INC.'S Certification of Interested Entities or Persons was served electronically on October 15, 2007, on the individuals on the attached Service List.

_____
Kelli R. Bremer

CBM-SF\SF379561.1

CERTIFICATE OF SERVICE - CASE NO. C073305 SI

*Phillips v. Diamond, et al.*
USDC-Northern District, San Francisco Division, Action No. C073305 SI

### SERVICE LIST

| | |
|---|---|
| John W. Howard<br>JW Howard Attorneys, Ltd.<br>625 Broadway, Suite 1206<br>San Diego, CA 92101<br>(619) 234-2842<br>**Fax (619) 234-1716**<br>Email:    johnh@jwhowardattorneys.com | Attorneys for Plaintiff/Cross-Defendant Van L. Phillips |

CBM-SF\SF379564.1

SERVICE LIST; CASE NO. C073305 SI