Jeffrey H. Belote, No. 104218
Oriet Cohen-Supple, No. 206781
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  jbelote@cbmlaw.com
         ocohen@cbmlaw.com

Attorneys for Defendants and Counter-Claimants
JOHN D. DIAMOND and DIAMOND PHILLIPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VAN PHILLIPS,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN D. DIAMOND; DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>         Defendants. | No. C073305 SI<br><br>**INITIAL DISCLOSURES OF DEFENDANTS AND COUNTER-CLAIMANTS JOHN D. DIAMOND AND DIAMOND PHILLIPS, INC.**<br><br>**[FRCP 26]**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint Filed:  June 22, 2007<br>Trial Date:            None set |

Defendants and Counter-Claimants John D. Diamond and Diamond Phillips, Inc. ("Defendants") make the following disclosure required by Federal Rule of Civil Procedure 26.

**I.   WITNESSES**

A.   <u>Van Phillips</u>.  May be contacted through counsel for plaintiff.  Mr. Phillips ("Plaintiff") has knowledge regarding his communications and business dealings between plaintiff and Defendants related to the ordering, purchase and storage of doors and windows for the projects at issue and related to the work performed by Defendants for Plaintiff on multiple architectural, engineering and design projects which comprise both

1  the claims in the First Amended Complaint and the Counter-Claim and the charges and
2  invoices related to all such claims.

3       B.    Rochelle Reagan. May be contacted through counsel for Plaintiff. Ms.
4  Reagan has knowledge regarding the billing and invoicing by Defendants related to the
5  purchase of the doors and windows in dispute and the payments made concerning the
6  doors and windows, and may have additional information related to the work performed
7  by Defendants for Plaintiff which comprise both the claims in the First Amended
8  Complaint and the Counter-Claim.

9       C.    Craig Callister, salesperson for Contractor's Window Supply (CWS),
10 9875 South 500 West, Sandy Utah 84070; Tel: (801)281-6999. Mr. Callister has
11 information regarding the doors and window in dispute that comprises the core of
12 Plaintiff's claim against Defendants.

13      D.    Charles Vanderwilt, President, Contractor's Window Supply (CWS),
14 9875 South 500 West, Sandy Utah 84070; Tel: (801)281-6999. Mr. Vanderwilt has
15 information regarding the doors and window in dispute that comprises the core of
16 Plaintiff's claim against Defendants.

17      E.    Arloween Cazier, bookkeeper for Contractor's Window Supply (CWS),
18 9875 South 500 West, Sandy Utah 84070; Tel: (801)281-6999. Ms. Cazier may have
19 information regarding the doors and window in dispute that comprises the core of
20 Plaintiff's claim against Defendants.

21      F.    John Diamond. May be contacted through his counsel. Mr. Diamond has
22 knowledge of the doors and windows ordered on behalf of Plaintiff, and his business
23 practices related to marking up the costs of same. Mr. Diamond also has knowledge of
24 the conversations with Plaintiff regarding the doors and windows and the past dealings of
25 the parties concerning other materials and appliances ordered and paid for. Mr. Diamond
26 has knowledge of the work that was performed by Defendants related to the projects
27 referenced in both the First Amended Complaint and the Counter-Claim, and the sums
28 owed by Plaintiff on the invoices that comprise the Counter-Claim.

1   F.  <u>Lee Phillips-Diamond</u>, erroneously referred to by Plaintiff sometimes as Lee Diamond-Phillips.  Lee is the spouse of Mr. Diamond and together they operate Diamond Phillips, Inc., an architectural and design firm.  Ms. Phillips-Diamond has knowledge of the business practices of Diamond Phillips, Inc. and their policies for marking up materials ordered on behalf of clients including Van Phillips.  She has knowledge of the doors and windows ordered on behalf of Plaintiff, and business practices related to marking up the costs of same.  She also has knowledge of the conversations with Plaintiff regarding the doors and windows and the past dealings of the parties concerning other materials and appliances ordered and paid for by Plaintiff.  She has knowledge of the work that was performed by Defendants related to the projects referenced in both the First Amended Complaint and the Counter-Claim, and the sums owed by Plaintiff on the invoices that comprise the Counter-Claim.

G.  <u>David Tucker</u>, CPA.  Mr. Tucker is Defendants' CPA.  CPA Mortgage Services LLC, 2666 S. 2000 East, Suite 101, Salt Lake City, Utah 84109.  Tel.: 801/466-3988 or 800-966-0394.  Mr. Tucker has knowledge regarding fees, payments, charges and the like for various projects.

H.  <u>Leon Fish</u>, 50 Mounds Road, Ste. 201, San Mateo, CA 94402.  Mr. Fish was retained directly by Plaintiff to perform an accounting related to the doors and windows.  Mr. Fish is believed to have knowledge regarding such accounting and his opinions related to same.

**II.  DOCUMENTS**

Defendants' disclose the following categories of documents:

A.  Defendants' files and records regarding all projects referenced in the First Amended Complaint and the Counter-Claim, including all files and records which support the invoices that Defendants sue for in their Counter-Claim, including but not limited to all drawings, reports, designs, sketches, and other architectural, engineering and design documents, and all other documents that comprise the records and files of the projects in dispute.

B. All written communications between Plaintiff and Rochelle Reagan, on the one hand, and Defendants and Lee Phillips-Diamond, on the other hand, including electronic communications, concerning the doors and windows that are in dispute, concerning any other historical evidence of similar purchasing of materials and appliances by Plaintiff utilizing the same markup, and concerning the work performed for Plaintiff which comprise the basis of Defendants' claims as set forth in the Counter-Claim.

C. An initial, voluntary production of over 3,400 pages of documents specifically requested by Plaintiff related to the dispute has been provided to Plaintiff by Defendants. Additional documents related to the doors and windows have been provided to Leon Fish at the request of Plaintiff. The documents referenced above are located in Utah and relevant, non-privileged documents related to the above are being assembled for ultimate production and use at trial.

### III. COMPUTATION OF DAMAGES

The computation of amounts owed by Plaintiff to Defendants for the disputed doors and windows is attached hereto as Exhibit "A". The computation of amounts owed by Plaintiff to Defendants for the invoices that comprise the subject of the Counter-Claim is attached hereto as Exhibit "B". The total amount owed by Plaintiff to Defendants is $418,200.05 without consideration of additional expenses related to storage fees, shipping and handling costs.

### IV. INSURANCE POLICY

Defendants have no insurance for the claims set forth in the First Amended Complaint or the Counter-Claim.

///
///
///
///
///
///

V. **CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, this disclosure is complete and correct as of this date.

Dated: October 31, 2007

CARROLL, BURDICK & McDONOUGH LLP

By _____
Jeffrey H. Belote
Attorneys for Defendants and Counter-Claimants
JOHN D. DIAMOND; and DIAMOND PHILLIPS, INC.

# EXHIBIT A

Page 1

DATE: August, 27, 2007
COST SUMMARY FOR VAN L. PHILLIPS (VLP) FOR WINDOW AND DOORS BY DIAMOND PHILLIPS (DP)

### GREEN HOUSE

| Net Price | 30 % Mark Up | 2% Serv. Chg. | 2% Fin. Chg. | Ut. Tax | Total | Amt Pd. |
|---|---|---|---|---|---|---|
| $27,092.62 | $8,128.99 | $541.92x17 mo. =$9,212.64 | NA | $1,788.37 | $46,222.62 | DP by VLP $37,950.00 |

### FARM HOUSE

| Net Price | 30 % Mark Up | 2% Serv. Chg. | 2% Fin. Chg. | Ut. Tax | Total | Amt Pd. To |
|---|---|---|---|---|---|---|
| $32,004.59 | $9,601.38 | $640.08x17mo. =$10,881.36 | NA | $2,112.30 | $54,599.63 | DP by VLP $40,000.00 |

### TEA HOUSE

| Net Price | 30 % Mark Up | 2% Serv. Chg | 2% Fin. Chg. | Ut. Tax | Total | Amt. Pd. |
|---|---|---|---|---|---|---|
| $59,773.43 | $17,932.03 | $1,195.46x8mo. =$9,563.68 | $1,195.46x7mo $8,368.22 | $3,945.04 | $99,582.40 | DP by VLP -0- |
| Sub-Total | | | | | $200,404.65 | $77,950 |

### SAUSALITO MAIN HOUSE-Windows and doors by Glass Concepts-Never Purchased due to changes by VLP

| Net Price | 30% Mark Up | 2% Serv. Chg | 2% Fin. Chg. | CA. Tax | Total | Amt. Pd. |
|---|---|---|---|---|---|---|
| $30,854.34 | $9256.30 | NA | NA | Included | See Credit Below | DP by VLP $32,200.00 |
| | | | | | Total Due DP by VLP $200,404.65 | Total. Amt. Pd. DP by VLP $110,150.00 |

| | |
|---|---|
| Storage Fees for all windows and doors for the Green House, Farm House and Tea House $750.00/month for 17 months. | $12,750.00 |
| Sub-Total | $213,154.65 |
| Less amount paid to Diamond Phillips by Van L. Phillips | -110,150.00 |
| **Total Amount Due Diamond Phillips by Van L. Phillips** | **$103,004.65** |

Note: There will be additional expenses that will incur with storage fees, the shipping, and the handling of doors to Mendocino. Those expenses are **NOT** listed in the above prices.

Note: All Service and Finance Charges stated above are based upon the CWS purchase contract. The Service and Finance Charges listed above are based on the Net Prices.

Note: All windows and doors for the Green House, Farm House and Tea House are warehoused by CWS in the Salt Lake City area.

Note: The net prices plus the 30% mark up reflects a savings of **$5,947.74** less than the Utah retail list prices for 2006 as stated by CWS.

# EXHIBIT B

# dp

Page 1

DATE: August 27, 2007
SUMMARY OF OUTSTANDING INVOICES DUE TO DIAMOND PHILLIPS (DP) BY VAN L. PHILLIPS (VLP)

| PROJECT NAME | DATE OF INVOICE | PROJECT # /INV. # | AMT. DUE |
|---|---|---|---|
| Sherwood Forest/Deer Mountain<br>  Master Planning | June 21, 2006, September 2006<br>January 1, 2007 | 2006.25 | $1,350.00 |
| White Deer Mountain<br>  Renovation and Addition Documents | January 21, 2007 | 2007.10/1 | $41,248.00 |
| White Deer Mountain<br>  Renovation and Addition Documents | May 1, 2007 | 2007.10/2 | $39,826.52 |
| White Deer Mountain<br>  Water Tower Renovation and Addition Documents | May 1, 2007 | 2007.11 | $2,310.00 |
| White Deer Mountain<br>  Change of Scope Renovation and Addition Documents | May 1, 2007 | 2007.12 | $2,456.25 |
| White Deer Mountain<br>  Mater Plana and Site Visit | May 1, 2007 | 2007.13 | $4,225.00 |
| Sausalito Main House<br>  Miscellaneous Renovations | May 1, 2007 | 2006.31 | $24,687.50 |
| Stillwell Point | Jan. 21, 2006, Sept. 1, 2006<br>Jan. 1, 2007 | 2005.20 | $20,000.00 |
| NRR Ranch House<br>  Construction Documents | May 1, 2007 | 2006.12 | $51,000.00 |
| NRR Tea House<br>  Construction Documents<br>  Note: Deduct $41,000.00 if payment was made from the Cost Summary Statement for the Doors and Windows provided to VLP by Lee Phillips-Diamond. | January 1, 2007 | 2006.29/1 | $93,998.00 |
| NRR Tea House<br>  Construction Documents<br>  Note: Deduct $39,694.13 if payment was made from the Cost Summary Statement for the Doors and Windows provided to VLP by Lee Phillips-Diamond. | May 1, 2007 | 2006.29/2 | $42,369.13 |
| Green House<br>  Main House Construction Documents | August 26, 2007 | 2006.21/3 | $20,125.00 |
| Green House<br>  CDP Coordination | August 26, 2007 | 2006.22/3 | $1,600.00 |
| CREDIT for Plumbing Fixtures and Appliance for Interior Renovations for the Green House. See Plumbing and Appliance Specification provided to VLP by DP. Change of entire Project scope per VLP | | | (-$5,000.00) |

diamondphillips

944 EAST 200 SOUTH    SALT LAKE CITY, UTAH 84102    TELEPHONE: 801.363.0604    FACSIMILE: 801.363.6688

dp

Page 2

| | |
|---|---|
| CREDIT for Plumbing Fixtures and Appliance for Interior Renovations for the NRR Farm House.<br>See Plumbing and Appliance Specification provided to VLP by DP. Change of entire Project scope per VLP | (-$25,000.00) |

NOTE: From 2003 through 2007 there have been 18 different project invoices that we revised and credit issued for services rendered. This amount totals **$207,710.00** in write-off.

NOTE: Invoices listed above reflect both architectural fees and reimbursables. Copies of all invoices can be sent upon request. With the exception of the invoices dated August 26, 2007 all other invoices have been e-mailed to VLP and faxed to Rochelle Reagan.

NOTE: 3,400 pages of documents were sent to Van Phillips on August 24th, 2007 representing architectural drawings, construction documents, specifications and correspondence relative to the Green House and the Sausalito House.

**TOTAL AMONT DUE**                                                             $315,195.40

diamondphillips
944 EAST 200 SOUTH   SALT LAKE CITY, UTAH 84102   TELEPHONE: 801.363.0604   FACSIMILE: 801.363.6688

### CERTIFICATE OF SERVICE

I hereby certify that the INITIAL DISCLOSURES OF DEFENDANTS AND COUNTER-CLAIMANTS JOHN D. DIAMOND AND DIAMOND PHILLIPS, INC. [FRCP 26] was served electronically on October 31, 2007 on the individuals on the attached Service List.

_____
Kelli R. Bremer

CBM-SF\SF379561.1

CERTIFICATE OF SERVICE - CASE NO. C073305 SI

*Phillips v. Diamond, et al.*
USDC-Northern District, San Francisco Division, Action No. C073305 SI

## SERVICE LIST

| | |
|---|---|
| John W. Howard<br>JW Howard Attorneys, Ltd.<br>625 Broadway, Suite 1206<br>San Diego, CA  92101<br>(619) 234-2842<br>**Fax (619) 234-1716**<br>Email:   johnh@jwhowardattorneys.com | Attorneys for Plaintiff/Cross-Defendant Van L. Phillips |

CBM-SF\SF379564.1

SERVICE LIST; CASE NO. C073305 SI