JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101
Telephone:    (619) 234-2842
Telefax:      (619) 234-1716
Email:        johnh@jwhowardattorneys.com
              michellev@jwhowardattorneys.com

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual<br>　　　　Plaintiff,<br><br>　　　　-v-<br><br>JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE<br><br>　　　　Defendants.<br><br>JOHN D. DIAMOND; DIAMOND PHILLIPS INC., an Illinois corporation,<br><br>　　　　Counter-Claimants<br><br>　　　　v.<br><br>VAN L. PHILLIPS, an individual,<br><br>　　　　Counter-Defendant<br><br>VAN PHILLIPS, an individual,<br><br>　　　　Cross-Claimant | Case No. C073305 SI<br><br>**VAN PHILLIPS' REPLY TO DEFENDANTS' COUNTER-CLAIM** |

---

1
VAN PHILLIPS' REPLY TO DEFENDANTS' COUNTER-CLAIM

*Case No. C073305*

|   |   |
|---|---|
| v. | ) |
| JOHN D. DIAMOND; DIAMOND PHILLIPS, INC. an Illinois corporation, | ) ) ) |
| Cross-Defendants | ) ) |

Plaintiff Van Phillips submits this Reply to Defendants' Counter-Claim for Breach of Contract, Common Count, Common Count in Quantum Meruit, and Unjust Enrichment as follows:

1. Plaintiff admits, on information and belief, the allegations set forth in paragraphs 1, 2, and 3 of the Counter-Claim.

2. Plaintiff denies the allegations set forth in paragraph 4 of the Counter-Claim.

3. Plaintiff admits the allegations in paragraph 5, except that plaintiff was not aware that he was being charged a markup on products or materials provided by DPI.

4. Plaintiff denies the entirety of the allegations in paragraph 6 of the Counter-Claim.

5. Plaintiff denies the allegations in paragraph 7 of the Counter-Claim

6. Plaintiff admits the allegations in paragraph 8 of the Counter-Claim except that Sherwood Forest and White Deer Mountain are one in the same project.

7. Plaintiff denies the allegations in paragraph 9 of the Counter-Claim.

8. As for paragraph 10, plaintiff admits that counter-claimants purchased the windows and doors in 2004 and that plaintiff paid for these materials without complaint at the time because plaintiff was unaware that he was being charged a mark-up. Plaintiff further admits that counter-claimants purchased additional doors and windows for the Green House, Tea House and the Farm House. Plaintiff denies that doors and windows were ever purchased

for the Sausalito Main House. Plaintiff denies the remainder of the allegations in paragraph 10.

9. Plaintiff admits the allegations in paragraph 11, except that plaintiff denies that he refused to accept delivery of the windows and doors. Rather, plaintiff made arrangements to have the doors and windows stored.

10. In responding to paragraph 12 of the Counter-Claim, plaintiff incorporates herein by reference his response to paragraphs 1 through 11 which are set forth in the numbered paragraphs 1 through 9 above.

11. Plaintiff denies the allegations as set forth in paragraph 13.

12. Plaintiff denies the allegations as set forth in paragraph 14.

13. Plaintiff denies the allegations as set forth in paragraph 15.

14. Plaintiff denies the allegations as set forth in paragraph 16.

15. In responding to paragraph 17 of the Counter-Claim, plaintiff incorporates herein by reference his response to paragraphs 1 through 16 which are set forth in the numbered paragraphs 1 through 14 above.

16. Plaintiff denies paragraphs 18 and 19 of the Counter-Claim.

17. In responding to paragraph 20 of the Counter-Claim, plaintiff incorporates herein by reference his response to paragraphs 1 through 16 which are set forth in the numbered paragraphs 1 through 14 above.

18. Plaintiff denies paragraphs 21, 22 and 23 of the Counter-Claim.

19. In responding to paragraph 24 of the counter-claim, plaintiff incorporates herein by reference his response to paragraphs 1 through 16 which are set forth in the numbered paragraphs 1 through 14 above.

20. Plaintiff denies paragraphs 25, 26 and 27 of the Counter-Claim.

**AFFIRMATIVE DEFENSES**

1. The Counter-Claim, and all causes of action therein, fail to state facts sufficient to state a cause of action;

2. The Counter-Claim, and all causes of action therein, are barred by the statute of limitations and the statute of frauds;

3. The Counter-Claim, and all causes of action therein, are barred by unclean hands;

4. The Counter-Claim, and all causes of action therein, are barred by waiver;

5. The Counter-Claim, and all causes of action therein, are barred by laches;

6. The Counter-Claim, and all causes of action therein, are barred by the doctrine of equitable estoppel;

7. The Counter-Claim, and all causes of action therein, are barred because plaintiff prevented defendants from performing on the contract;

8. The Counter-Claim, and all causes of action therein, are barred by novation

9. The Counter-Claim, and all causes of action therein, are barred by accord and satisfaction;

10. The Counter-Claim, and all causes of action therein, are barred by waiver;

11. The Counter-Claim, and all causes of action therein, are barred by merger.

12. The Counter-Claim, and all causes of action therein, are barred by fraud in the inducement.

---

4
VAN PHILLIPS' REPLY TO DEFENDANTS' COUNTER-CLAIM
*Case No. C073305*

13. The Counter-Claim, and all causes of action therein, are barred by Cross-Claimants' failure to mitigate damages.

Dated: November 7, 2007

/s/ John W. Howard

John W. Howard
Attorney for Plaintiff

---

5
VAN PHILLIPS' REPLY TO DEFENDANTS' COUNTER-CLAIM

*Case No. C073305*