UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

AMENDED
Date: 11/09/07

Case No.   C-07-3305 SI            Judge:   SUSAN ILLSTON

Title: VAN PHILLIPS  -v- JOHN DIAMOND

Attorneys:     J. Howard (phone)     Beloten

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **2/22/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to  **@ 9:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  **@ 3:30 p.m.**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to participate in private mediation.  A stipulation to remove this case from the Court's mediation program.

The private mediation session shall occur in early February 2008.