JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
JW Howard/Attorneys, LTD.
625 Broadway, Suite 1206
San Diego, California 92101
Telephone:    (619) 234-2842
Telefax:         (619) 234-1716
Email:            johnh@jwhowardattorneys.com
                    michellev@jwhowardattorneys.com

Attorneys for Plaintiff, Van Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHILLIPS, an individual | Case No. C073305 SI |
| Plaintiff, | |
| -v- | |
| JOHN D. DIAMOND, DIAMOND PHILLIPS, INCORPORATED, an Illinois Corporation, AND DOES 1 THROUGH 50, INCLUSIVE | NOTICE OF CHANGE OF ADDRESS |
| Defendants. | |
| JOHN D. DIAMOND; DIAMOND PHILLIPS INC., a Illinois corporation, | |
| Counter-Claimants | |
| v. | |
| VAN L. PHILLIPS, an individual, | |
| Counter-Defendant | |

**TAKE NOTICE** that as of November 12, 2007 the attorneys for Plaintiff Van Phillips have changed their address for service of notices and documents in the above-captioned action.

---

1

*Case No. C073305*

The new address of John W. Howard, Michelle D. Volk and JW Howard/Attorneys, LTD. is as follows: **1508 West Lewis St., San Diego, CA 92103, Telephone Number: (619) 234-2842, Fax Number: (619) 234-1716.** All notices and documents regarding the action should be sent to the new address.

Dated: November 20, 2007                               /s/ John W. Howard
                                                       _____
                                                       John W. Howard
                                                       Attorney for Plaintiff