

**CARROLL, BURDICK & McDONOUGH LLP**

ATTORNEYS AT LAW

44 MONTGOMERY, SUITE 400
SAN FRANCISCO, CA 94104-4606
415.989.5900
FAX 415.989.0932

WALNUT CREEK
SACRAMENTO
LOS ANGELES

www.cbmlaw.com

November 19, 2007

Jeffrey H. Belote
Direct Dial: 415.743.2209
jbelote@cbmlaw.com

The Honorable Susan Y. Illston
United States District Court-Northern Div.
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  **Re: *Phillips v. Diamond, et al.*
    USDC; Action No. C07-3305 SI**

Dear Judge Illston:

  Please be advised that all parties have now agreed to private mediation before Judge Richard Silver (Ret.) and are respectfully requesting the Court inform the Court-appointed mediator, Mr. Bruce Winkelman.

          Very truly yours,

          CARROLL, BURDICK & McDONOUGH LLP

          Jeffrey H. Belote

JHB:kb
cc: John W. Howard, Esq. (via email)

CBM-SF\SF383769.1