John W. Howard, SBN 80200
Michelle D. Volk, SBN 217151
J.W. HOWARD ATTORNEYS, LTD
625 Broadway, Suite 1206
San Diego, CA 92101
Telephone    (619) 234-2842
Facsimile:    (619) 234-1716
Attorney for Plaintiff, Van Phillips

Jeffrey H. Belote, SBN 104218
Oriet Cohen-Supple, SBN 206781
CARROLL, BURDICK & MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    (415) 989-5900
Facsimile:    (415) 989-0932
Attorneys for Defendants, John D.
Diamond and Diamond Phillips, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VAN PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DIAMOND, DIAMOND PHILLIPS, INCORPORATED an Illinois Corporation, AND DOES 1 THROUGH 50 INCLUSIVE, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO.:  C073305 SI <br> Judge: Hon. Susan Illston <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

IT IS HEREBY STIPULATED between the parties that the next Case Management Conference scheduled to be held on February 22, 2008 at 2:30 p.m. shall be continued to March 14, 2008 at 2:30 p.m. in Courtroom 10 of the San Francisco Division of the United States District Court-Northern District.

1      Both the out-of-state Defendants and Plaintiff in California had difficulty in arranging a date for mediation and, with the mediator's busy schedule, the only date mutually satisfactory was February 22, 2008, the date of the previously scheduled Case Management Conference. As such, the parties scheduled an 8 hour mediation session on February 22 with the Hon. Richard M. Silver through JAMS in San Francisco. Given the complexity of issues in dispute, it is unlikely that the mediation will end early, and thus attending the case management conference will not be possible.

    The parties hereby stipulate to continue the Case Management Conference in order to mediate this matter prior to further appearance before this Court.

    It is so stipulated.

Dated: January 25, 2008

JOHN W. HOWARD ATTORNEYS, LTD.

By: _____
John W. Howard
Michelle D. Volk
Attorneys for Plaintiff Van Phillips

Dated: January 28, 2008

CARROLL, BURDICK & McDONOUGH LLP

By: _____
Jeffrey H. Belote
Attorney for John Diamond and Diamond Phillips, Incorporated

1 | **ORDER**

2 | Good cause appearing, the Case Management Conference in this matter is
3 | hereby continued to March 14, 2008 at 2:30 p.m. in Courtroom 10 on the 19th floor of this
4 | Court.
5 | IT IS SO ORDERED.
6 | Dated: January __, 2008

———————————————————
Hon. Susan Illston
U.S. District Judge