```
 1  John W. Howard, SBN 80200
    Michelle D. Volk, SBN 217151
 2  J.W. HOWARD ATTORNEYS, LTD
    625 Broadway, Suite 1206
 3  San Diego, CA 92101
    Telephone    (619) 234-2842
 4  Facsimile:   (619) 234-1716
    Attorney for Plaintiff, Van Phillips
 5
    Jeffrey H. Belote, SBN 104218
 6  Oriet Cohen-Supple, SBN 206781
    CARROLL, BURDICK & MCDONOUGH LLP
 7  44 Montgomery Street, Suite 400
    San Francisco, CA 94104
 8  Telephone:   (415) 989-5900
    Facsimile:   (415) 989-0932
 9  Attorneys for Defendants, John D.
    Diamond and Diamond Phillips, Inc.
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VAN PHILLIPS, | CASE NO.: C073305 SI<br>Judge: Hon. Susan Illston |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| JOHN DIAMOND, DIAMOND PHILLIPS, INCORPORATED an Illinois Corporation, AND DOES 1 THROUGH 50 INCLUSIVE, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

IT IS HEREBY STIPULATED between the parties that the next Case Management Conference scheduled to be held on February 22, 2008 at 2:30 p.m. shall be continued to March 14, 2008 at 2:30 p.m. in Courtroom 10 of the San Francisco Division of the United States District Court-Northern District.

1  Both the out-of-state Defendants and Plaintiff in California had difficulty in arranging
2  a date for mediation and, with the mediator's busy schedule, the only date mutually satisfactory
3  was February 22, 2008, the date of the previously scheduled Case Management Conference. As
4  such, the parties scheduled an 8 hour mediation session on February 22 with the Hon. Richard M.
5  Silver through JAMS in San Francisco. Given the complexity of issues in dispute, it is unlikely
6  that the mediation will end early, and thus attending the case management conference will not be
7  possible.

8  The parties hereby stipulate to continue the Case Management Conference in order to
9  mediate this matter prior to further appearance before this Court.

10  It is so stipulated.

12  Dated: January 25, 2008        JOHN W. HOWARD ATTORNEYS, LTD.

14                                 By: /s/ Michelle Volk
15                                     John W. Howard
                                       Michelle D. Volk
                                       Attorneys for Plaintiff Van Phillips

16  Dated: January 28, 2008        CARROLL, BURDICK & McDONOUGH LLP

19                                 By: /s/ Jeffrey H. Belote
                                       Jeffrey H. Belote
                                       Attorney for John Diamond and Diamond
20                                     Phillips, Incorporated

**ORDER**

Good cause appearing, the Case Management Conference in this matter is hereby continued to March 14, 2008 at 2:30 p.m. in Courtroom 10 on the 19th floor of this Court.

IT IS SO ORDERED.

Dated: January __, 2008

*Susan Illston*

_____
Hon. Susan Illston
U.S. District Judge