**United States District Court**
For the Northern District of California

1
2                    IN THE UNITED STATES DISTRICT COURT
3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5  VAN PHILLIPS,                                  No. C 07-03305 SI
6           Plaintiff,                            **ORDER OF DISMISSAL UPON SETTLEMENT**
7     v.
8  JOHN D. DIAMOND,
9           Defendant.
10                                              /
11        The parties to the action, by their counsel, have advised the court that they have agreed
12 to a settlement.
13        IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that
14 if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,
15 within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order
16 shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.
17
18 Dated:                                         _____
19                                                SUSAN ILLSTON
                                                  United States District Judge